# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ANGELA MARIA PACKER, R.N., : No. 473 WAL 2014
:
        Petitioner : Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
    v. :
:
BUREAU OF PROFESSIONAL AND :
OCCUPATIONAL AFFAIRS, :
DEPARTMENT OF STATE, STATE :
BOARD OF NURSING, :
:
        Respondent :
:
:
:

ANGELA MARIA PACKER, R.N., : No. 474 WAL 2014
:
        Petitioner : Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
    v. :
:
BUREAU OF PROFESSIONAL AND :
OCCUPATION AFFAIRS, DEPARTMENT :
OF STATE, STATE BOARD OF :
NURSING, :
:
        Respondent :
:
:
:

HOPE A. MURPHY, R.N., : No. 475 WAL 2014
:
        Petitioner : Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
    v. :
:
BUREAU OF PROFESSIONAL AND :
OCCUPATIONAL AFFAIRS, :
DEPARTMENT OF STATE, STATE :
BOARD OF NURSING, :
:
        Respondent

# ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.